**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs), v. Dubuque Storage & Transfer Co., an Iowa corporation, (Defendant). | FILED MAY 12, 2008　YM 08CV2730 JUDGE PALLMEYER MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

| | |
|---|---|
| NAME (Type or print) Edward H. Bogle | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Edward H. Bogle | |
| FIRM Central States Law Department | |
| STREET ADDRESS 9377 W. Higgins Road, 10th Floor | |
| CITY/STATE/ZIP Rosemont, IL 60018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06277152 | TELEPHONE NUMBER (847) 518-9800, Ext. 3469 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |