**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs), v. Dubuque Storage & Transfer Co., an Iowa corporation, (Defendant). | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, (Plaintiffs)

```
FILED
MAY 12, 2008          YM
08CV2730
JUDGE PALLMEYER
MAGISTRATE JUDGE SCHENKIER
```

| NAME (Type or print) |
|---|
| Charles H. Lee |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Charles H. Lee |

| FIRM |
|---|
| Central States Law Department |

| STREET ADDRESS |
|---|
| 9377 W. Higgins Road, 10th Floor |

| CITY/STATE/ZIP |
|---|
| Rosemont, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06244633 | (847) 518-9800, Ext. 3468 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐