## United States District Court for the Northern District of Illinois

Case Number: 08CV2730    Assigned/Issued By: DAJ

Judge Name: PALLMEYER    Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other ____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 28768631

Date Payment Rec'd: 05/12/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __05/12/08__ as to __DEF.__
                                   (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05