# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer　RRP | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2730 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Central States, Southeast and Southwest Areas Pension Fund, et al vs. Dubuque Storage & Transfer Co. | | |

**DOCKET ENTRY TEXT**

The Clerk is directed to remove Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O and P from Plaintiffs First Amended Complaint, Doc. No. 10 from the CM/ECF e-filing system.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|