## United States District Court for the Northern District of Illinois

Case Number: 08cv2730    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

__6__ Original and __6__ copies on __6/9/08__ as to John C. Kraus;
                                    (Date)
Marian H. Kraus; Mary Piekenbrock; Patrick Tobin; W. Wallacekraus;

William Piekenbrock

---

C:\wpwin80\docket\feeinfo.frm    03/14/05