## United States District Court for the Northern District of Illinois

Case Number: 08CV2730            Assigned/Issued By: DAJ

Judge Name:                      Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                 ☑ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
☐ Citation to Discover Assets             (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __06/16/08__ as to __DUBUQUE STORAGE &__
                                     (Date)
__TRANSFER CO._____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05