# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall, Trustee
v.
Dubuque Storage & Transfer Co.,
an Iowa Corporation, et al.

Case Number: 08 CV 2730

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dubuque Storage & Transfer Co., an Iowa Corporation, et al.

| Field | Value |
|---|---|
| NAME (Type or print) | Alan M. Levy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Alan M. Levy |
| FIRM | Lindner & Marsack, S.C. |
| STREET ADDRESS | 411 East Wisconsin Avenue, Suite 1800 |
| CITY/STATE/ZIP | Milwaukee, WI 53202 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6184145 |
| TELEPHONE NUMBER | 414/273-0522 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |