**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And HOWARD McDOUGALL, Trustee, <br><br> Plaintiffs, <br><br> v. <br><br> DUBUQUE STORAGE & TRANSFER CO., an Iowa corporation, URBAN R. HAAS, PATRICIA M. HAAS, U. ANDREW HAAS, CHRISTOPHER J. HAAS, AIMEE M. HAAS, CATHERINE A. HAAS, MARIAN H. KRAUS, ELIZABETH S. TOBIN, PATRICK TOBIN. JOHN C. KRAUS, W. WALLACE KRAUS, JANET M. CARR, MARY PIEKENBROCK, WILLIAM PIEKENBROCK, and CAROL LAMMERS, all individuals, <br><br> Defendants. | Case No.  08CV2730 <br><br> Judge:  Rebecca R. Pallmeyer <br><br> Magistrate Judge:  Sidney I. Schenkier |

**NOTICE OF FILING**

PLEASE TAKE NOTICE, that we shall cause to have filed on this 7th day of July, 2008, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Defendants' Answer to First Amended Complaint*, a copy of which is attached hereto.

Respectfully submitted,
Peter Andjelkovich & Associates

By:  s/Peter Andjelkovich
        Local counsel for Defendant

Peter Andjelkovich, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

Alan M. Levy, Esq.
Lindner & Marsack, S.C.
411 East Wisconsin Avenue, Suite 1800
Milwaukee, Wisconsin 53202
414/273-3910

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Peter Andjelkovich, an attorney, hereby certify that the above and foregoing **Defendants' Answer to First Amended Complaint** was served upon all parties of record listed below by CM/ECF electronic transmission on this 7th day of July, 2008.

Charles H. Lee
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018

By:  /s/Peter  Andjelkovich