IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, Trustee, | |
| Plaintiffs, | Case No. 08 C 2730 |
| v. | Judge Rebecca R. Pallmeyer |
| DUBUQUE STORAGE & TRANSFER CO., an Iowa corporation, URBAN R. HAAS, PATRICIA M. HAAS, U. ANDREW HAAS, CHRISTOPHER J. HAAS, AIMEE M. HAAS, CATHERINE A. HAAS, MARIAN H. KRAUS, ELIZABETH S. TOBIN, PATRICK TOBIN, JOHN C. KRAUS, W. WALLACE KRAUS, JANET M. CARR, MARY PIEKENBROCK, WILLIAM PIEKENBROCK, and CAROL LAMMERS, all individuals, | Magistrate Judge Schenkier |
| Defendants. | |

**REPORT OF PARTIES PLANNING MEETING**

Pursuant to this Court's Minute Order of July 8, 2008, Plaintiffs and Defendants, by and through their undersigned counsel, hereby submit their Report of Parties Planning Meeting.

1. **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a telephonic meeting was held on August 5, 2008, and was attended by:

   • Charles H. Lee for Plaintiffs
   • Alan M. Levy for Defendants.

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

a. Discovery will be needed on the following subjects: At this time, Plaintiffs anticipate needing discovery on the circumstances surrounding the sale of H&W Motor Express Company ("H&W"), the shareholders of Dubuque Storage & Transfer Co. ("DS&T"), the dissolution of DS&T, and any distributions made to DS&T's shareholders. Defendants anticipate needing discovery on the same H&W transaction and when DS&T was notified of the withdrawal liability assessment at issue. As the case proceeds, the Parties may need discovery on other subjects.

b. Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by *September 19, 2008*. All discovery to be commenced in time to be completed by *March 31, 2009*.

c. The parties expect they will need approximately *10* depositions.

d. Reports from retained experts under Rule 26(a)(2) due:

- from Plaintiffs by *April 30, 2009*.
- from Defendants by *May 29, 2009*.

e. Parties should be allowed until *November 14, 2008* to join additional parties and to amend the pleadings.

f. All potentially dispositive motions should be filed by *May 15, 2009*.

g. Final pretrial order: Plaintiffs to prepare proposed draft by *September 12, 2009*; parties to file joint final pretrial order by *November 20, 2009*.

h. The case should be ready for trial by *January 15, 2010* and at this time is expected to take approximately *3 to 5 days*.

[Remainder of page intentionally left blank]

3. **Consent.** The Parties *do not* consent unanimously to proceed before a Magistrate Judge.

Respectfully submitted,

/s/ with consent of Alan M. Levy
Alan M. Levy (ARDC #6184145)
Attorney for Defendants

LINDNER & MARSACK, S.C.
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202
(414) 273-3910

Peter Andjelkovich
Peter Andjelkovich & Associates
39 S. LaSalle Street, Suite 200
Chicago, IL 60603
(312) 782-8345

/s/ Charles H. Lee
Charles H. Lee (ARDC #6244633)
Attorney for Plaintiffs

CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL 60018
(847) 518-9800, Ext. 3468

## CERTIFICATE OF SERVICE

I, Charles H. Lee, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on August 6, 2008, I electronically filed the foregoing Report of Parties Planning Meeting with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system.

/s/ Charles H. Lee
Charles H. Lee (ARDC #6244633)
Attorney for Central States

CENTRAL STATES FUNDS
Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018
847-518-9800, Ext. 3468