AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS
## SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, Trustee,
(Plaintiffs),

V.

Dubuque Storage & Transfer Co., an Iowa
corporation, et al.  (Defendants).

CASE NUMBER:    08 C 2730

ASSIGNED JUDGE:    Rebecca R. Pallmeyer

DESIGNATED
MAGISTRATE JUDGE:    Sidney I. Schenkier

TO: (Name and address of Defendant)

Dubuque Storage & Transfer Co.
c/o Patrick Tobin - President
1040 Arrowhead Drive
Dubuque, IA 52003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles H. Lee, Esq.
Central States Law Department
9377 W. Higgins Road - 10th Floor
Rosemont, IL  60018

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 12, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 6-20-08 |
|---|---|
| NAME OF SERVER *(PRINT)* <br> DAVE TOMKINS | TITLE <br> DPEUTY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

xXx Other (specify): CORPORATION, SERVING PATRICK TOBIN AT 1040 ARROWHEAD

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $10.00 | $10 .00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-23-08___       X _____
                  Date              *Signature of Server*


                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.